UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JESSICA CHAPMAN** | **CASE NO. 6:22-CV-00996** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ULTA SALON COSMETICS & FRAGRANCE INC., ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Ulta Salon, Cosmetics & Fragrance, Inc.'s Motion to Dismiss (Rec. Doc. 5) is GRANTED. Plaintiff's claims against Ulta are hereby DISMISSED.

THUS DONE in Chambers on this 10th day of June, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE